**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

**BHAKTIVINODE FRANKLIN,**

        **Petitioner,**

v.                            **Case No.  1:17cv314-MW/CAS**

**MARK S. INCH, Secretary,**
**Florida Department of**
**Corrections,**

        **Respondent.**
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 29, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 30.   Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The § 2254 petition, ECF No. 1, is **DENIED**. Leave to appeal *in forma pauperis* is **DENIED**."  The Clerk shall close the file.

**SO ORDERED on August 23, 2019.**

                        **s/Mark E. Walker**_____
                        **Chief United States District Judge**